**Order entered May 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00073-CV

### ESTATE OF DAVID ANTHONY TOARMINA, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2655-2**

## ORDER

By order entered April 30, 2015, we directed court reporter Joie Rivera to file, no later than May 11, 2015, a supplemental reporter's record containing defendant's exhibits 29 and 30 as reflected in the attached agreed correction of record. To date, however, the record has not been filed. According, we **ORDER** Ms. Rivera to file the record no later than May 28, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Rivera and counsel for the parties.

/s/    CRAIG STODDART
JUSTICE